# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re: Tricia Ann Routt, : Case No. 24-50147

Debtor. : Chapter 13

: Judge Mina Nami Khorrani

## LOGAN COUNTY TREASURER'S OBJECTION TO CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN

Now comes the Logan County Treasurer (the "Treasurer"), by and through counsel, and objects to the confirmation of the Amended Chapter 13 Plan of Debtor Tricia Routt filed herein on February 19, 2024 (Doc. No. 13) (the "Plan"). By reference, the Treasurer incorporates the Chapter 13 Trustee's Objection to Confirmation filed herein on February 26, 2024 (Doc No. 19).

Debtor failed to make the post-petition payment of real estate taxes due the Treasurer on February 7, 2024 in the amount of $828.25. Debtor's Schedules I and J do not accurately reflect Debtor's Income and Expenses.

Debtor's plan does not adequately satisfy the best interest of creditors as required by 11 U.S.C. 1325 based on the value of the real property and whether or not Debtor is entitled to a homestead exemption for the property, and Debtor has failed to file an appraisal for her property.

Pursuant to 11 U.S.C. § 1325(a)(1), the Court should deny confirmation of the Plan.

/s/ Paul H. Shaneyfelt
Paul H. Shaneyfelt (0065629)
315 Public Square
Suite 204
Troy, Ohio 45373
Telephone: (937) 216-7727
Facsimile: (937) 552-9954
E-mail: paulshaneyfeltlaw@gmail.com
Attorney for Logan County, Ohio Treasurer

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the date shown below a copy of the Logan County Treasurer's Objection to Confirmation of Debtor's First Amended Plan was served electronically on the Office of the United States Trustee, the Chapter 13 Trustee and Debtor's attorney, and on the Debtor by regular first class mail, postage prepaid.

Dated:  March 4, 2023　　　　　　　　　　　　　　　/s/ Paul H. Shaneyfelt
　　　　　　　　　　　　　　　　　　　　　　　　　Paul H. Shaneyfelt