**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Tricia Ann Routt | : | Case No: 24-50147 |
| Debtor(s) | : | Chapter 13 Judge: Mina Nami Khorrami |
| | : | |

**FIRST AMENDED**

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION**

Now comes Edward A. Bailey, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income_____          Below median income__X__

____X____ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

____X__Other: **Need to provide copies of pay stubs received from debtor's employer in the 60 days prior to filing. Presently the Trustee has received a single page with a list of the pay amount from each pay period from 12/22 through 1/12.**

**Plan paragraph 5.2.1 proposes to pay an interest rate less than that to which Logan County Treasurer is entitled under § 511.**

____X____ Trustee is unable to accurately determine best interest as Debtor(s) have failed to provide an acceptable appraisal, pursuant to LBR 3015-3(e)(3). **The auditor's tax appraisal was filed. Need to file a conventional appraisal as the debtor is attempting to avoid liens.**

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: $810 per month for the duration of the plan.**

**Best Interest Dividend: 0%     Dividend: 2%**

**Length: 48 Months**

Dated: March 19, 2024                Respectfully submitted,

**/s/  Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on the date shown below a copy of the Trustee's First Amended Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: March 19, 2024

**/s/  Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org