Form vorder

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

*In re*:

Tricia Ann Routt

*Debtor.*

Case No. 24−50147
Chapter 13
Judge Mina Nami Khorrami

SSN:  xxx−xx−1545

## NOTICE OF ENTRY OF ORDER

Notice is hereby given that the following order was entered in the above−captioned case:

Confirmation hearing was scheduled for 3/26/2024 but not held. It is ORDERED that the Confirmation hearing is continued. Chapter 13 confirmation hearing shall be held on 4/23/2024 at 01:00 PM in Columbus Courtroom C, U.S. Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215 before Judge Mina Nami Khorrami.

**IT IS SO ORDERED.**

/s/ Judge Mina Nami Khorrami

*This Notice of Electronic Filing is the official ORDER for this entry* (rjh)

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: 3/26/24

Copies to:

Debtor

United States Bankruptcy Court

Southern District of Ohio

In re:     Case No. 24-50147-mnk

Tricia Ann Routt     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-2     User: ad     Page 1 of 2

Date Rcvd: Mar 27, 2024     Form ID: vorder     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: routttricia@gmail.com | Mar 27 2024 18:50:00 | Tricia Ann Routt, 10639 Co. Rd. 26, West Mansfield, OH 43358-9708 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Derek Michael Shaw | on behalf of Debtor Tricia Ann Routt measter@caliglaw.com dshaw@caliglaw.com |
| Edward A. Bailey | trustee@ch13.org |
| Paul H Shaneyfelt | on behalf of Creditor Logan County Treasurer paulshaneyfeltlaw@gmail.com |
| Paul H Shaneyfelt | on behalf of Creditor Eric C. Stewart paulshaneyfeltlaw@gmail.com |

District/off: 0648-2 User: ad Page 2 of 2
Date Rcvd: Mar 27, 2024 Form ID: vorder Total Noticed: 1

TOTAL: 5