# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: Tricia Ann Routt | : | CASE NO: 24-50147 |
| | : | CHAPTER 13 |
| | : | JUDGE: Mina Nami Khorrami |

## NOTICE OF INTENTION TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Edward A. Bailey, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00029 | Atlas Acquisitions LLC<br>492C Cedar Ln #442<br>Teaneck, NJ  07666 | 1,610.20 | 2.00 % | 0.00 % | Unsecured |
| 00004 | Coast to Coast Financial Solutions<br>Attn: Bankruptcy<br>101 Hodencamp Rd Ste 120<br>Thousand Oaks, CA  91360 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00013 | Credit Care<br>21 Hunter Pl, Ste 1<br>PO Box 117<br>Bellefontaine, OH  43311 | 19,279.58 | 2.00 % | 0.00 % | Unsecured |
| 00035 | DIRECTV, LLC by American infoSource<br>PO Box 5072<br>Carol Stream, IL  60197-5072 | 811.42 | 2.00 % | 0.00 % | Unsecured |
| 00005 | Eufinger Law Offices, LLC<br>214 S. Court St.<br>Marysville, OH  43040 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00036 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 8,003.60 | 2.00 % | 0.00 % | Unsecured |
| 00003 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 11,464.43 | 100.00 % | 0.00 % | Priority (new) |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00006 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 3,527.90 | 2.00 % | 0.00 % | Unsecured |
| 00034 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | 419.88 | 2.00 % | 0.00 % | Unsecured |
| 00007 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>PO Box 1568<br>Lima, OH 45802 | 2,811.00 | 2.00 % | 0.00 % | Unsecured |
| 00008 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>2348 Baton Rouge Ave<br>Lima, OH 45802 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00009 | Lattimer Family Siding & Windows<br>8874 US Rt 68 N<br>Box 383<br>West Liberty, OH 43357 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00010 | Levan&#039;s Electric & HVAC<br>275 Mill St. W.<br>Rushsylvania, OH 43347 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00011 | Lima Memorial Hospital<br>1003 Bellefontaine Ave.<br>Lima, OH 45804 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00012 | Logan Community Credit Union<br>900 E. Sandusky Ave.<br>Bellefontaine, OH 43311 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00030 | Logan County Treasurer<br>100 S. Madriver St. Room 104<br>Bellefontaine, OH 43311 | 13,170.47 | 100.00 % | 5.00 % | Secured |
| 00037 | Logan County Treasurer<br>100 S. Madriver St. Room 104<br>Bellefontaine, OH 43311 | 1,013.26 | 100.00 % | 0.00 % | Secured |
| 00014 | Ohio Health<br>3535 Olentangy River Rd.<br>Columbus, OH 43214 | Not filed | 2.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00015 | Parkfield Insulation Services Inc. PO Box 1307 Delaware, OH 43015 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00016 | PROFESSIONAL FINANCIAL SERVICES PO BOX 1893 SPARTANBURG, SC 29304 | 6,901.00 | 2.00 % | 0.00 % | Unsecured |
| 00023 | Quantum3 Group LLC PO Box 2489 Kirkland, WA 98083-2489 | 1,308.00 | 2.00 % | 0.00 % | Unsecured |
| 00024 | Quantum3 Group LLC PO Box 2489 Kirkland, WA 98083-2489 | 1,465.00 | 2.00 % | 0.00 % | Unsecured |
| 00025 | Quantum3 Group LLC PO Box 2489 Kirkland, WA 98083-2489 | 690.00 | 2.00 % | 0.00 % | Unsecured |
| 00026 | Quantum3 Group LLC PO Box 2489 Kirkland, WA 98083-2489 | 670.00 | 2.00 % | 0.00 % | Unsecured |
| 00027 | Quantum3 Group LLC PO Box 2489 Kirkland, WA 98083-2489 | 1,267.00 | 2.00 % | 0.00 % | Unsecured |
| 00028 | Quantum3 Group LLC PO Box 2489 Kirkland, WA 98083-2489 | 1,931.00 | 2.00 % | 0.00 % | Unsecured |
| 00017 | Reineke Ford Lincoln of Lima 1360 Greeley Chapel Rd. Lima, OH 45804 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00002 | Sac Finance, Inc Attn: Bankruptcy Dept 6642 Saint Joe Rd., Suite 100 Fort Wayne, IN 46835 | 11,669.43 | 100.00 % | 5.00 % | Secured-PMSI |
| 00018 | Scott&#039;s Equipment Sales & Rental c/o Tom Scott 1869 St. Rt. 540 Bellefontaine, OH 43311 | Not filed | 2.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00019 | Showplace RTO<br>1850 S. Main St.<br>Bellefontaine, OH  43311 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00020 | Stacie Montgomery<br>13836 T R 40<br>Dunkirk, OH  45836 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00021 | Stephen Fields<br>139 Main St.<br>West Mansfield, OH  43358 | Not filed | 2.00 % | 0.00 % | Unsecured |
| 00031 | T Mobile/T Mobile USA Inc<br>by American InfoSource LP as agent<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | 82.30 | 2.00 % | 0.00 % | Unsecured |
| 00033 | US Department of Education<br>National Payment Center<br>PO Box 790336<br>St Louis, MO  63179 | 13,146.06 | 2.00 % | 0.00 % | Unsecured |
| 00022 | Wren&#039;s Florists<br>500 E. Columbus Ave.<br>Bellefontaine, OH  43311 | Not filed | 2.00 % | 0.00 % | Unsecured |
|  | TOTAL | 101,241.53 |  |  |  |
| 00000 | Derek Michael Shaw<br>Calig Law Firm<br>513 E. Rich Street<br>Suite 210<br>Columbus, OH  43215 | 3,858.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: September 10, 2024

/s/Edward A. Bailey
EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH  43082-7045
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Tricia Ann Routt | : | CASE NO: 24-50147 |
| | : | CHAPTER 13 |
| | : | JUDGE: Mina Nami Khorrami |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Intention to Pay Claims was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email addresss registered with the Court and (ii) by **ordinary U.S. Mail** on September 10, 2024 addressed to:

Tricia Ann Routt
10639 Co. Rd. 26
West Mansfield, OH  43358
**See Creditor Matrix Attached**

/s/Edward A. Bailey
EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH  43082-7045
(614)436-6700

Wren's Florists
500 E. Columbus Ave.
Bellefontaine, OH  433110000

Atlas Acquisitions LLC
Assignee of TEMPOE, LLC
492C Cedar Lane, Ste 442
Teaneck, NJ  076660000

Michael Lubes
394 Wards Corner Rd.
Suite 180
Loveland, OH  451400000

Sac Finance, Inc
Attn: Bankruptcy Dept
6642 Saint Joe Rd., Suite 100
Fort Wayne, IN  468350000

Jefferson Capital Systems, LLC
Attn: Bankruptcy
200 14th Ave E
Sartell, MN  563770000

Scott's Equipment Sales & Rental
c/o Tom Scott
1869 St. Rt. 540
Bellefontaine, OH  433110000

Professional Financial Services of Ohio LLC
DBA Professional Financial Services
PFS - Central Bankruptcy
P O Box 1893
Spartanburg, SC  293040000

T MobileTMobile USA Inc
by AIS Infosource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  731180000

Logan County Treasurer
100 S. Madriver St. &#035;D
Bellefontaine, OH  433110000

Tricia Ann Routt
10639 Co. Rd. 26
West Mansfield, OH  433580000

Terrence Flahive
41 N. Sandusky St.
&#035;314
Delaware, OH  430150000

Showplace RTO
1850 S. Main St.
Bellefontaine, OH  433110000

Levan's Electric & HVAC
275 Mill St. W.
Rushsylvania, OH  433470000

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  191017346

Logan Community Credit Union
900 E. Sandusky Ave.
Bellefontaine, OH  433110000

Directv LLC
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK  731180000

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud, MN  563029617

Lattimer Family Siding & Windows
8874 US Rt 68 N
Box 383
West Liberty, OH  433570000

Coast to Coast Financial Solutions
Attn: Bankruptcy
101 Hodencamp Rd Ste 120
Thousand Oaks, CA  913600000

Ohio Health
3535 Olentangy River Rd.
Columbus, OH  432140000

Mary Rutan Hospital
205 Palmer Ave
Bellefontaine, OH  433110000

US Department of Education
PO Box 16448
Saint Paul, MN  551160448

Lima Memorial Hospital
1003 Bellefontaine Ave.
Lima, OH  458040000

Professional Financial Services
7110 W. Central Ave.
Suite A!
Toledo, OH  436170000

Logan County Treasurer
100 Madriver Street
Bellefontaine, OH  433110000

Stacie Montgomery
13836 T R 40
Dunkirk, OH  458360000

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  980830788

Reineke Ford Lincoln of Lima
1360 Greeley Chapel Rd.
Lima, OH  458040000

Keybridge Medical Revenue Care
PO Box 1568
Lima, OH  458020000

KeyBridge Medical Revenue
Attn: Bankruptcy
2348 Baton Rouge Ave
Lima, OH  458020000

Terrence Stolly
1111 Rush Ave.
PO Box 68
Bellefontaine, OH  433110000

Parkfield Insulation Services Inc.
PO Box 1307
Delaware, OH  430150000

Credit Care
21 Hunter Pl, Ste 1
PO Box 117
Bellefontaine, OH  433110000

Eufinger Law Offices, LLC
214 S. Court St.
Marysville, OH  430400000

Quantum3 Group LLC as agent for
CASCADE CAPITAL FUNDING LLC
PO Box 788
Kirkland, WA  980830788

Stephen Fields
139 Main St.
West Mansfield, OH  433580000