**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 24-50147 |
| Tricia Ann Routt | : | Chapter 13 |
| Debtor | : | Judge Nami Khorrami |

**TRUSTEE'S MOTION TO DISMISS**

Now comes Chapter 13 Trustee Edward A. Bailey ("Trustee") and hereby moves the Court to dismiss this case for cause, pursuant to 11 U.S.C. § 1307(c)(6), for Debtor's failure to abide by a term of the confirmed Plan.

The Debtor filed her petition for relief on January 15, 2024, and her Plan (Doc. 36) was confirmed August 28, 2024. Section 8.1 of the Plan provides that, "The Debtor shall provide the Trustee with a copy of each federal income tax return by April 30 of each year, unless otherwise ordered by the Court."

By email sent to Debtor's Counsel on June 10, 2025, the Trustee requested a copy of Debtor's 2023 federal tax return.

By email sent to Debtor's Counsel on August 6, 2025, the Trustee again requested a copy of Debtor's 2023 tax return.

On August 8, 2025, the Trustee received Debtor's 2023 return. However, this return was incomplete. The return reported "[a]dditional income from Schedule 1, line 10" but did not include the Schedule 1.

On August 11, 2025, the Trustee sent a letter to both the Debtor and her Counsel indicating that the submitted return was missing Schedule 1 and asking the Debtor to provide a copy of her complete return.

As of the filing of this Motion, the Trustee has not received the complete return.

Debtor's failure to provide to the Trustee a complete copy of her 2023 federal tax return, despite multiple requests, constitutes a material default by the Debtor with respect to a term of the confirmed Plan.

Wherefore, the Trustee requests that this Court enter an order dismissing this case, granting the Trustee leave to file his Final Report, and discharging the Trustee from his trust.

Respectfully submitted,

/s/ Edward A. Bailey by AHS (0076779)
Edward A. Bailey, Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH  43082
(614) 436-6700
(614) 436-0190 fax
trustee@ch13.org

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Trustee's Motion to Dismiss* and Notice of Hearing was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **first class mail** on **September 18, 2025**, addressed to:

Tricia Ann Routt
10639 Co. Rd. 26
West Mansfield, OH 43358

/s/ Edward A. Bailey by AHS (0076779)
Chapter 13 Trustee Edward A. Bailey

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 24-50147 |
| Tricia Ann Routt | : | Chapter 13 |
| Debtor | : | Judge Nami Khorrami |

**NOTICE OF TRUSTEE'S MOTION TO DISMISS AND**
**NOTICE OF HEARING**

The Chapter 13 Trustee has filed papers with the court to dismiss this case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to dismiss this case, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by first class mail to Clerk, U.S. Bankruptcy Court, 170 N. High Street, Columbus, OH 43215 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the date above.

You must also send a copy of your response either by 1) the court's ECF System or 2) first class mail to:

Edward A. Bailey                United States Trustee
Chapter 13 Trustee              170 N. High Street, #200
550 Polaris Parkway, Suite 500  Columbus, OH 43215
Westerville, OH 43082

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

**If a response is filed within the time provided above, then a hearing will be held on November 10, 2025, at 9:30 AM** in Courtroom C of the U.S. Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215.

All parties shall be prepared to present all witnesses and other evidence at the hearing. Any party intending to present documentary evidence or call witnesses shall, not later than three (3) business days prior to the hearing, file with the court and exchange with opposing party witness and exhibit lists completed as prescribed by Local Bankruptcy Rule Form 7016-1,

3

Attachments A and B.  **Exhibits not timely exchanged may not be admitted.  Witnesses not timely identified may be precluded from testifying at trial.**

**Each party shall pre-mark all exhibits.**  The Court will not provide exhibit stickers and, absent unusual circumstances, the Courtroom Deputy will not mark exhibits during the course of the trial.  The trial will not commence until all exhibits have been suitably labeled and a set of exhibits provided to the Court.

**If no response is filed within the time provided, then no hearing will be held, and the Court may enter an order dismissing this case.**