UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CASE NO: 24-50147
Chapter 13

Tricia Routt

Debtors

MEMORANDUM CONTRA MOTION TO DISMISS CASE

Now comes the above captioned Debtors, who respectfully Objects to the Trustee's Motion to dismiss his Chapter 13 Bankruptcy Proceeding.

The Debtor has submitted to Chapter 13 Trustee the 2023 1040. However, the Debtor failed to forward counsel the schedules of the tax return. Counsel has requested this information numerous times and the Debtor is working on getting that information. She has been out of state due to an emergency with her daughter over the last month or so and has not been able to locate the Schedules.  Debtors counsel is requesting additional time to allow her to continue to search and locate the schedules.

Wherefore, the Debtors respectfully request the Court to deny the Trustee's Motion to Dismiss his case.

　　/s/ Derek M Shaw　　
Derek M Shaw 0089865
Calig Law Firm
513 E Rich Street, Suite 210
Columbus OH  43215
(614)252-2300

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served **electronically** upon Assistant U.S. Trustee, 170 North High Street, Suite 200, Columbus, OH 43215 and Edward Bailey, Chapter 13 Trustee this 3rd day of October 2025.

    /s/ Derek M. Shaw
Derek M Shaw 0089865
Calig Law Firm
513 E Rich Street, Suite 210
Columbus OH  43215
(614)252-2300