# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: TRICIA ANN ROUTT | : | Case No: 24-50147 |
| | : | CHAPTER 13 |
| | : | Judge Mina Nami Khorrami |

## WITHDRAWAL OF MOTION DISMISS DEBTOR(S)/CASE AND NOTICE OF HEARING

Now comes Edward A. Bailey, Standing Chapter 13 Trustee, hereby withdraws his Motion Dismiss Debtor(s)/Case and Notice of Hearing filed on September 18, 2025 (Doc. #57).

Date: November 04, 2025

/s/ Edward A. Bailey
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re: TRICIA ANN ROUTT            :    Case No: 24-50147

                                                 :    CHAPTER 13

                                                 :    Judge Mina Nami Khorrami

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on November 04, 2025, addressed to:


Tricia Ann Routt
10639 Co. Rd. 26
West Mansfield, OH  43358

                                                           /s/ Edward A. Bailey
                                                           Edward A. Bailey
                                                           Standing Chapter 13 Trustee