IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Southern District of Ohio
COLUMBUS DIVISION

IN RE: TRICIA ANN ROUTT

CASE NO. 2-24-BK-50147

CLAIM: 9

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, PROFESSIONAL FINANCIAL SERVICES OF OHIO LLC DBA PROFESSIONAL FINANCIAL SERVICES PFS - CENTRAL BANKRU hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from

**PROFESSIONAL FINANCIAL SERVICES OF OHIO LLC DBA PROFESSIONAL FINANCIAL
P O BOX 1893
SPARTANBURG SC 29304**

To the new address below:

**ANCIAL SERVICES OF OHIO LLC DBA PROFESSIONAL FINANCIAL SERVICES PFS -
PO BOX 1149
GRAPEVINE TX 76099**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/Michael Stidham                                                                       Date: 1/7/2026
Michael Stidham
Telephone: (866) 831-5954

# EXHIBIT A

### Bill of Sale

For valuable consideration, the receipt of which is hereby acknowledged, and pursuant to the terms and conditions of that certain Motor Vehicle Bankruptcy Sale and Purchase Agreement dated July 16, 2025 ("Agreement") between Professional Financial Services Corp. on behalf of its subsidiaries ("Seller") and Flowering Peach BK, LLC ("Buyer"), Seller hereby sells, assigns, and transfers to Buyer, its successors and assigns, all right, title and interest of _____ in unpaid balances, in and to those Contracts as defined in the Agreement and listed on Exhibit A-1 attached hereto.

THIS BILL OF SALE IS EXECUTED WITHOUT RECOURSE AND WITHOUT REPRESENTATIONS OR WARRANTIES, INCLUDING COLLECTIBILITY, OR OTHERWISE, EXPRESS OR IMPLIED, EXCEPT AS SET FORTH IN THE AGREEMENT

Seller: **Professional Financial Services Corp.**

By: _John Harvey, General Counsel_     Date: 7-16-25

State of South Carolina )
                        ) ss
County of Spartanburg )

The foregoing instrument was acknowledged before me this 16th day of July, 2025 by John Harvey, on behalf of Professional Financial Services Corp.

_Melia Brannon McCraw_
Notary Public

Commission Expiration Date November 27th, 2034

[Notary Seal: Melia Brannon McCraw, Notary Public, State of South Carolina, My Commission Expires November 27, 2034]

{00112094.1}6

# EXHIBIT B

## LETTER TO TRUSTEE
*SELLER*

All Chapter 13 Trustees

Dear Trustee:

Please be advised that Professional Financial Services Corp., having an office located 181 Security PL, Spartanburg, SC 29307-5450, has sold and transferred to Flowering Peach BK, LLC ("Buyer") all of those contracts listed on Exhibit A-1 with respect to which the Obligor has filed for relief under the United States Bankruptcy Code. Consequently, please accept this letter, and Buyer's Notice of Assignment of Claim filed in each of these cases, as evidence of the foregoing transfer.

Furthermore, I hereby request that all future bankruptcy notices, correspondence, trustee payments, and pleadings, for sold contracts only, be sent directly to Buyer at the address stated in its Notice of Assignment of Claim. Also, please make the appropriate address changes in your computer database with respect to these contracts.

Thank you in advance for your kind attention to this matter.

SELLER

By: _____           Date: 7-16-25
    John Harvey, General Counsel

{00112094.1}8

## EXHIBIT C

## LIMITED POWER OF ATTORNEY

KNOW ALL PEOPLE BY THESE PRESENTS:

The undersigned ("Principal"), hereby constitutes and appoints Flowering Peach BK, LLC ("Agent") as its limited true and lawful agent and attorney in fact to act in its name and stead or on its behalf with authority to do only the following acts with respect to motor vehicle retail installment contracts and related rights which Agent purchased from Principal, set forth and described in Exhibit "A-1" (the contracts and related rights are referred to herein as the "Property"):

After the date hereof:

1. Agent can receive, endorse and collect all payments made payable to or owed to Principal in connection with the Property, including, but not limited to, any payments received from a Chapter 7 and Chapter 13 bankruptcy trustee.

2. Agent can enforce, release, modify and transfer the rights and interests granted to Principal with respect to the Property, which on their face give Principal rights regarding the Property, including, but not limited to, rights with respect to insurance policies, motor vehicles, certificate of title and motor vehicle liens.

3. Agent can receive and endorse, on Principal's behalf, any certificate of title related to the Property only for purposes of transferring Principal's lien to Agent.

This power of attorney is coupled with an interest and cannot be terminated by Principal.

This power of attorney is made on _July 16, 2025_.

PRINCIPAL:

By: _____
    Ish Herin, General Counsel

STATE OF South Carolina )
                         ) ss.
COUNTY OF Spartanburg )

I, _Melia Brannon McCraw_, a Notary Public in and for said County, in said State, do hereby certify that the person personally know to me to be the same person whose name is subscribed to the foregoing instrument has appeared before me this day in person and acknowledged that he/she signed and delivered such instrument as his/her free and voluntary act for the uses and purposes therein set forth.
Given under my hand and official seal this _16th_ day of _July_, 2025.

_____
Notary Public, State of _South Carolina_
Commission Expires _November 27th, 2034_

{00112094.1}9

## EXHIBIT D

## FORM OF INSURANCE ASSIGNMENT

## INSURANCE ASSIGNMENT

The undersigned ("Assignor"), hereby absolutely and irrevocably assigns to Flowering Peach BK, LLC ("Assignee") all of Assignor's right, title and interest in, under, and with respect to all insurance and service contracts which provide any of the following coverages with respect to motor vehicle retail installment contracts, described in Exhibit "A-1" (the "Contracts"), which Assignor has sold to Assignee:

1. credit life, credit disability or credit accident and health;
2. casualty, damage, theft, loss or liability;
3. involuntary unemployment;
4. mechanical breakdown, warranty, maintenance or servicing;
5. lender protection, vendor/lender single interest, skip, repossessed vehicle casualty (including damage, theft and loss), confiscation, non-filing, failure of lien perfection, contract default or residual value; or any other coverage assigned in writing by Assignor to Assignee.

Without limiting the rights included in this assignment, this assignment entitles Assignee to claim and collect all benefits, refunds and other amounts with respect to all coverages pertaining to the Contracts that Assignor would be entitled to claim and collect, and to make such claims and collections in Assignee's name. Assignor hereby authorizes Assignee to sign Assignor's name on all such claims and collections Assignee makes, and to endorse Assignor's name on all such payments it receives, for a period not to exceed 90 days from the date of this Assignment and only so long as Assignee indicates that the signature is made by Assignee in its capacity as Assignee. Assignor hereby instructs and authorizes all providers of the foregoing coverages to rely on this Assignment and any statement or instruction in writing by Assignee with respect to the operation and effect of this Assignment and the motor vehicle retail installment contracts covered by it. Assignor hereby agrees that the providers of the coverages pertaining to the Contracts who so rely shall have no liability to Assignor for complying with this Assignment and such statements and instructions by Assignee.

Dated: July 16, 2025

**ASSIGNOR: Professional Financial Services Corp.**

By: *[signature]*

Its: General Counsel


**ASSIGNEE: Flowering Peach BK, LLC**

By: Bryan Waters   *[DocuSigned by: Bryan Waters / E46334582ED1421...]*

Its: Officer

{00112094.1}10

## EXHIBIT E

### WAIVER OF NOTICE OF CLAIM

Professional Financial Services Corp. ("Transferor") has sold and assigned certain claims to Flowering Peach BK, LLC ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware, maintaining a place of business at 9121 Jacobia Ave SE, Snoqualmie, WA 98065. Said claims arise from automobile Contracts as listed on Exhibit A-1 ("Contracts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver by and through its duly authorized officer the 16th day of July, 2025.

By: _____
Its: General Counsel

{00112094. 1}11

**EXHIBIT F**

**LIST OF AFFILIATES**

| State | Entity Name | Trade Name(s) |
|---|---|---|
| Alabama | Professional Financial Services of Alabama, LLC | Professional Financial Services |
| Florida | Professional Financial Services of Florida, LLC | PFS Financial Services |
| Georgia | Professional Financial Services of Georgia, LLC | Professional Financial Services |
| Indiana | Professional Financial Services of Indiana, LLC | Professional Financial Services |
| Kentucky | Professional Financial Services of Kentucky, LLC | Professional Financial Services |
| Missouri | Professional Financial Services of Missouri, LLC | Professional Financial Services |
| North Carolina | Professional Financial Services of North Carolina, LLC | Professional Financial Services |
| Ohio | Professional Financial Services of Ohio, LLC | Professional Financial Services |
| South Carolina | Professional Financial Services of South Carolina, LLC | Professional Financial Services |
| Tennessee | Professional Financial Services of Tennessee, LLC | Professional Financial Services |
| Texas | Professional Financial Services of Texas, LLC | PFS Auto Finance, LLC |
| Virginia | Professional Financial Services of Virginia, LLC | Professional Financial Services |