**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | TRICIA ANN ROUTT | : | Case No: 24-50147 |
| | | : | CHAPTER 13 |
| | | : | Judge Mina Nami Khorrami |

**TRUSTEE'S MOTION TO DISMISS**

Now comes Edward A. Bailey, standing Chapter 13 Trustee herein, and moves this Court to dismiss this case pursuant to 11 U.S.C. §1307(c)(6) for the reasons set forth below:

Pursuant to Section 8.1 of Debtor's confirmed plan (Doc. 36), "The Debtor shall provide the Trustee with a copy of each federal income tax return by April 30 of each year, unless otherwise ordered by the Court."  As of the date of this motion, Debtor has failed to submit tax returns for the following tax years: 2025.

Debtor's failure to submit the required tax returns is a material default by the debtor with respect to a term of a confirmed plan pursuant to 11 U.S.C. §1307(c)(6).

Wherefore, the Trustee requests that an order be entered dismissing this case, granting the Trustee leave to file his Final Report, and discharging the Trustee from his trust.

Respectfully submitted,

/s/ Edward A. Bailey
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:    TRICIA ANN ROUTT    :    Case No: 24-50147

:    CHAPTER 13

:    Judge Mina Nami Khorrami

### NOTICE OF MOTION TO DISMISS

The Chapter 13 Trustee has filed papers with the court to dismiss this case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by ordinary U.S. Mail to Clerk, U.S. Bankruptcy Court, 170 N. High Street, Columbus, OH 43215 OR your attorney must file a response using the court's ECF System.

The court must receive your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or 2) ordinary U.S. Mail to:

Edward A. Bailey                          United States Trustee
550 Polaris Parkway, Suite 500            200 N. High Street, #309
Westerville, OH 43082                     Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

**If a response is filed within the time provided above, then a hearing will be held on August 11, 2026 at 11:00 am, at U.S. Bankruptcy Court 5th Floor, 170 N. High Street Courtroom C, Columbus, OH 43215.**

All parties shall be prepared to present all witnesses and other evidence at the hearing. Any party intending to present documentary evidence or call witnesses shall, not later than three (3) business days prior to the hearing, file with the court and exchange with the opposing party witness and exhibit lists completed as prescribed by Local Bankruptcy Rule Form 7016-1, Attachments A and B. **Exhibits note timely exchanged may not be admitted. Witnesses not timely identified may be precluded from testifying at trial.**

**Each party shall pre-mark all exhibits.** The Court will not provide exhibit stickers and, absent unusual circumstances, the Courtroom Deputy will not mark exhibits during the course of the trial. The trial will not commence until all exhibits have been suitably labeled and a set of exhibits provided to the Court.

**If no response is filed within the time provided, then no hearing will be held.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:    TRICIA ANN ROUTT                    :         Case No: 24-50147

                                              :         CHAPTER 13

                                              :         Judge Mina Nami Khorrami

**CERTIFICATE OF SERVICE**

I hereby certify that on July 01, 2026, a copy of the foregoing Motion to Dismiss was served

on the following registered ECF participants electronically through the court's ECF system at the

email address registered with the court:

U.S. Trustee
Edward A. Bailey
Derek Michael Shaw

and on the following by **ordinary U.S. mail** address to:

Tricia Ann Routt
10639 Co. Rd. 26
West Mansfield, OH  43358

                                              /s/Edward A. Bailey
                                              Edward A. Bailey
                                              Chapter 13 Trustee